**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SAF-T-GARD INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Magistrate Judge Rowland |
| | ) | |
| -vs- | ) | Case No.: 10 C 7671 |
| | ) | |
| TRANSWORLD SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**TRANSWORLD SYSTEMS, INC.'S NOTICE OF FINAL ACCOUNTING**

Defendant Transworld Systems, Inc. ("TSI") hereby submits the following notice of final accounting:

1. The class action settlement agreement given final approval by this Court called for TSI to create a settlement fund of $125,000, with each of the 8,200 class members that returned a claim form scheduled to receive up to $200.

2. After notice was sent, there were 124 individuals that returned claim forms. Each of those individuals was sent a check for $200, totaling $24,800. Of those payments, 3 checks were not cashed and those checks, totaling $600 in value, have expired. In sum, TSI has paid $24,200 in claims.

3. As a result, there remains $100,800 remaining in the class settlement fund.

4. As approved by the Court, TSI is entitled to a reversion of the costs paid to administer the class. First Class, Inc. was retained to administer the class. TSI paid a total of $8,222.20 to administer the class.

5. After the $8,222.20 is subtracted from the remaining settlement fund of $100,800, there remains $92,577.80.

6. Payment to the Chicago Bar Foundation, the Court approved *cy pres* recipient will receive the *cy pres* payment of $92,577.80.

WHEREFORE, defendant Transworld Systems, Inc. respectfully submits this report of final accounting for the court's consideration.

Respectfully submitted,

/s/ James K. Schultz
Attorney for Transworld Systems, Inc.

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
55 W. Monroe Street, Suite 1120
Chicago, IL 60603
Telephone: 312-578-0990
Facsimile: 312-578-0991
jschultz@sessions-law.biz

Attorneys for Transworld Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 17th day of January, 2014, a copy of the foregoing **Transworld Systems, Inc.'s Notice of Final Accounting** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel, as described below. Parties may access this filing through the Court's system.

Keith J. Keogh
Timothy Sostrin
KEOGH LAW, LTD.
55 West Monroe Street
Chicago, IL 60603

/s/ James K. Schultz
Attorney for Transworld Systems, Inc.